39 F.3d 1170
 Morrison (Carol A., M.D.)
v.
Smith (Karen S.), Mrkobrad (Milan), Pulcini (Joseph, Jr.),
Sturniolo (Thomas J.), McKeever (Joyce), Noon (Robert W.),
Casey (Robert P.), Davis (Beverly), Helm (William A.), State
Board of Medicine, Shelvin (George L.), Commissioner, Noonan
(Allan S., M.D.), Perper (Joshua A., M.D.), Chairman, Kane
(James A., M.D.), Kratzer (Guy L., M.D.), Fox (Shirley F.,
R.N.) Abernathy (Ernest L., M.D.), Greco ( (Victor F.,
M.D.), Kinsel (Alvin A., M.D.)
 NO. 94-7193
 United States Court of Appeals,
Third Circuit.
 Sept 19, 1994
 
 Appeal From: M.D.Pa.,
 Muir, J.
 
 
 1
 AFFIRMED.